**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **DALVIN M. BURDEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | |
| | : | **CIVIL No: 5:22-CV-00247-MTT-CHW** |
| **WARDEN TAMARSHE SMITH,** | : | |
| *et al.,* | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| **Defendants.** | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## <u>ORDER</u>

*Pro se* Plaintiff, Dalvin M. Burden, an inmate at Macon State Prison, filed a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Following screening, Plaintiff's Eighth Amendment excessive forms claims against Defendant Brown were permitted to proceed for further factual development. (Docs. 4, 15). Defendant Brown was personally served by a deputy U.S. Marshal on November 16, 2022. (Docs. 16, 17). To date, Defendant Brown has not responded to Plaintiff's complaint. Plaintiff's last filing was a motion for appointment of counsel filed on October 31, 2022, which was denied. (Docs. 13, 14).

Because Defendant Brown's time for responding to Plaintiff's complaint has long passed, the Clerk of Court is hereby DIRECTED to enter a default against Defendant Brown upon the docket. <u>Plaintiff shall file a motion for default judgment within 21 days of this Order. Failure to comply may result in this action being dismissed for failure to prosecute.</u> The motion for default judgment shall state whether a hearing is necessary to determine damages, and if a hearing is not necessary, the motion shall include all evidence

1

supporting the damages sought in the motion. A copy of this order shall be mailed to Defendant Brown at the address at which service was perfected.

      **SO ORDERED**, this 27th day of July, 2023.

<div style="margin-left: 40%;">

s/ Charles H. Weigle           
Charles H. Weigle
United States Magistrate Judge

</div>