IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DALVIN BURDEN, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-247-MTT |
| | * |
| WARDEN TARMARSHE SMITH, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 12, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of October, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk